UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DR. DAVID SIMAI,

           Plaintiff,

   -against-

PHOENIX EMERGENCY MEDICAL SUPPLY, LLC,
and JOHN DOES 1-10,

           Defendants.
------------------------------------------------------------ X

JUDGMENT
20-cv-5688 (BMC)

An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on March 19, 2021, granting the motion for default judgment; and directing the Clerk of Court to judgment in favor of plaintiff and against defendant in the amount of $12,000; it is

ORDERED and ADJUDGED that the motion for default judgment is granted; and that judgment is hereby entered in favor of plaintiff and against defendant in the amount of $12,000.

Dated: Brooklyn, NY  
      March 22, 2021

Douglas C. Palmer  
Clerk of Court

By:   /s/*Jalitza Poveda*  
       Deputy Clerk